

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 316th District Court of Hutchinson County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on May 12, 2017, the cause upon appeal to revise or reverse your judgment between

**In the Matter of the Marriage of Julie Maree Stegall and Kerry Dean Stegall
and In the Interest of T.J.S., a Child**

**Case Number: 07-15-00392-CV Trial Court Number: 41,095**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated May 12, 2017, it is ordered, adjudged and decreed that the judgment of the trial court is reversed as to the property-division portion of the judgment and that portion is remanded for a new trial.

It is further ordered that in all other respects, the judgment is affirmed.

It is further ordered that appellate costs are taxed against the party incurring the same.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on August 3, 2017.

*Vivian Long*
VIVIAN LONG, CLERK